# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-  Case No.: 2:10-cr-23-FtM-36SPC

NAOMI VASQUEZ

_____

## ORDER

This matter comes before the Court on the Motion to Dissolve Writ of Habeas Corpus Ad Testificandum (Doc. #49) filed on June 18, 2010. The Defendant, Naomi Vasquez, moves the Court to dissolve the Writ of Habeas Corpus Ad Testificandum entered in this matter on April 13, 2010, for Tiffany Kendall currently incarcerated in the Lee County Jail. As grounds, Counsel indicates there is a possibility the case will be resolved by plea. Thus, the Government does not need to secure the appearance of Tiffany Kendall for trial. The Government indicates they do not object to the relief requested. Having considered the motion, the Court finds good cause and will grant the motion.

Accordingly, it is now **ORDERED:**

The Motion to Dissolve Writ of Habeas Corpus Ad Testificandum (Doc. #49) is **GRANTED**. The Writ of Habeas Corpus Ad Testificandum shall be dissolved.

**DONE AND ORDERED** at Fort Myers, Florida, this 23rd day of June, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: US Marshal
All parties of record